UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| QUALITY LEASING CO., INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:20-cv-954-JMS-MJD ) |
| ATOMIC DOG, LLC d/b/a JACK'S HARD CIDER, EXCEL SERVICES CORPORATION and DONALD RAY HOFFMAN, | ) ) ) ) ) |
| Defendants. | ) ) |

**ANSWER AND ADDITIONAL DEFENSES**

Defendants Atomic Dog, LLC d/b/a Jack's Hard Cider, Excel Services Corporation and Donald Ray Hoffman, by counsel, file their Answer and Additional Defenses to Plaintiff's Complaint as follows.

**ANSWER**

In answer to the numbered paragraphs of Plaintiff's Complaint, Defendants state:

1. Defendants are without knowledge or information sufficient to respond to the allegations of Paragraph 1.

2. Admitted.

3. Admitted.

4. Admitted.

5. While Defendants deny that Plaintiff is entitled to recover in this case, Defendants admit that the criteria for jurisdiction pursuant to 28 U.S.C. §1332(a)(1) are met.

6. Defendants admit that venue is proper. Defendants are without knowledge or information to form a belief as to the remaining allegations of Paragraph 6.

7. Admitted.

8. Admitted.

9. Admitted.

10. Defendants admit that Defendants Excel and Hoffman executed the guaranty included with Exhibit A, and that the nature of said guaranty speaks for itself. Defendant is without knowledge or information sufficient to form a belief as to the remaining allegations of Paragraph 10.

11. Defendant denies that Exhibit D to the complaint is a true, correct and complete copy of the alleged UCC Financing Statement. Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of Paragraph 11.

12. Denied.

13. Admitted.

14. Admitted.

15. Defendants admit that Defendant Hoffman executed the guaranty included with Exhibit A, and that the nature of said guaranty speaks for itself. Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of Paragraph 15.

16. Defendants deny that Exhibit G to the complaint is a true, correct and complete copy of the alleged UCC Financing Statement. Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of Paragraph 16.

17. Denied.

18. Admitted.

19. Admitted.

20. Defendants admit that Defendants Hoffman and Excel executed the guaranty included with Exhibit A, and that the nature of said guaranty speaks for itself. Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of Paragraph 20.

21. Defendants deny that Exhibit J to the complaint is a true, correct and complete copy of the alleged UCC Financing Statement. Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of Paragraph 21.

22. Denied.

23. Defendants incorporate herein by reference their answers to Paragraphs 1 through 22.

24. Denied.

25. Denied.

26. Denied.

27. Denied.

28. Denied.

29. Denied.

30. Defendants incorporate herein by reference their answers to Paragraphs 1 through 30.

31. Denied.

32. Denied.

33. Denied.

34. Denied.

35. Defendants incorporate herein by reference their answers to Paragraphs 1 through 34.

36. Denied.

37. Denied.

38. Denied.

39. Denied.

40. Denied.

41. Denied.

42. Defendants incorporate herein by reference their answers to Paragraphs 1 through 41.

43. Defendants admit that Defendants Hoffman and Excel executed the guaranty included with Exhibit A, and that the nature of said guaranty speaks for itself. Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of Paragraph 43.

44. Denied.

45. Denied.

46. Denied.

47. Denied.

48. Defendants incorporate herein by reference their answers to Paragraphs 1 through 47.

49. Defendants admit that Defendants Hoffman and Excel executed the guaranty included with Exhibit A, and that the nature of said guaranty speaks for itself. Defendants are

without knowledge or information sufficient to form a belief as to the remaining allegations of Paragraph 49.

50. Denied.

51. Denied.

52. Denied.

53. Denied.

54. Defendants incorporate herein by reference their answers to Paragraphs 1 through 53.

55. Denied.

56. Denied.

57. Admitted.

58. Denied.

59. Defendants are without information or belief sufficient to form a belief as to Paragraph 60.

60. Denied.

61. Denied.

62. Denied.

63. Denied.

64. Denied.

65. Denied.

66. Denied.

WHEREFORE, Defendants pray for judgment in their favor on Plaintiff's Complaint, for costs, and for all other just and proper relief.

## ADDITIONAL DEFENSES

1. Some of the equipment alleged in the Complaint was not delivered to Defendants, such that enforcement of the alleged agreements as written would not allow the parties to receive the benefit of their bargain.

2. Enforcement of the agreements as sought in the Complaint would be inconsistent with the parties' prior course of dealing and/or course of performance.

3. Defendants reserve the right to assert further defenses in the course of continuing discovery.

WHEREFORE, Defendants pray for judgment in their favor on Plaintiff's Complaint, for costs, and for all other just and proper relief.

Respectfully submitted,

 /s/ *J. Richard Moore*
J. Richard Moore, #20634-49
*Attorney for Defendants, Atomic Dog, LLC d/b/a Jack's Hard Cider, Excel Services Corporation and Donald Ray Hoffman*

J. Richard Moore, #20634-49
Bleeke Dillon Crandall, P.C.
8470 Allison Pointe Blvd., Ste. 420
Indianapolis, IN 46250-4365
Telephone: (317) 567-2222
Facsimile:  (317) 567-2220
richard@bleekedilloncrandall.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system:

All electronically ECF Registered Parties.

Dennis A. Dressler
Dressler Peters, LLC
70 W. Hubbard Street, Suite 200
Chicago, IL 60654
ddressler@dresslerpeters.com

                                                     /s/ *J. Richard Moore*
                                                     J. Richard Moore, #20634-49