UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| QUALITY LEASING CO., INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:20-cv-954-JMS-MJD |
| | ) | |
| ATOMIC DOG, LLC d/b/a | ) | |
| JACK'S HARD CIDER, EXCEL | ) | |
| SERVICES CORPORATION and | ) | |
| DONALD RAY HOFFMAN, | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANT ATOMIC DOG, LLC d/b/a JACK'S HARD CIDER'S CORPORATE DISCLOSURE STATEMENT

COMES NOW the Defendant, Atomic Dog, LLC d/b/a Jack's Hard Cider, and in compliance with Local Rule 7.2, hereby states as follows:

Atomic Dog, LLC d/b/a Jack's Hard Cider has no parent corporation and there is no publicly held company or investment fund holding 10% or more ownership in it.

Respectfully submitted,

 /s/ *J. Richard Moore*
J. Richard Moore, #20634-49
*Attorney for Defendants, Atomic Dog, LLC*
*d/b/a Jack's Hard Cider, Excel Services*
*Corporation and Donald Ray Hoffman*

J. Richard Moore, #20634-49
Bleeke Dillon Crandall, P.C.
8470 Allison Pointe Blvd., Ste. 420
Indianapolis, IN 46250-4365
Telephone: (317) 567-2222
Facsimile:  (317) 567-2220
richard@bleekedilloncrandall.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system:

All electronically ECF Registered Parties.

_/s/ *J. Richard Moore*_____

J. Richard Moore, #20634-49